FILED
2007 AUG 23 AM 8:26
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SA07CR520 OG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CIVIL NO. A-04-CR-240(1)-LY |
| | § | |
| JOE RENE TAMAYO | § | |

**TRANSFER ORDER**

Before the Court is the above-styled and numbered cause of action. It appears to the Court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel to the docket of the Honorable Orlando L. Garcia, United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED AND REASSIGNED** to the San Antonio Docket of the Honorable Orlando L. Garcia, United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective August 28, 2003, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 22nd day of August, 2007.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-00240-LY All Defendants

## Internal Use Only

Case title: USA v. Tamayo
Magistrate judge case number: 1:04-mj-00110

Date Filed: 10/19/2004

SA07CR520OG

Assigned to: Judge Lee Yeakel

**Defendant**

**Joe Rene Tamayo** (1)
*TERMINATED: 05/27/2005*

represented by **Jerry D. Porter**
Rash, Chapman, Schreiber & Porter
2112 Rio Grande
Austin, TX 78705
(512) 477-7543
Fax: 512/474-0954
Email: jporter@rcsp.com
*TERMINATED: 05/27/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
| --- | --- |
| 18:2113(a) BANK ROBBERY | |

(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Defendant did - by force, violence and intimidation take from the person and presence of another approximately $760 in U.S. currency belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, 13749 Research Blvd. Austin, Tx. a financial institution with deposits insured by the FDIC in violation of Title 18, USC, Section 2113(a). [ 1:04-m - 110 ] | |

---

**Plaintiff**

**USA** represented by **Gerald Conley Carruth**
Assistant United States Attorney

816 Congress Ave., # 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5855
Email:
gerald.carruth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/15/2004 | | Case assigned to Judge Robert Pitman [ 1:04-m -110 ] (lc) (Entered: 04/15/2004) |
| 04/15/2004 | 1 | Complaint filed against Joe Rene Tamayo [ 1:04-m -110 ] (lc) (Entered: 04/15/2004) |
| 04/15/2004 | | Arrest warrant issued for Joe Rene Tamayo [ 1:04-m -110 ] (lc) (Entered: 04/15/2004) |
| 04/15/2004 | | (Court only) Location - LO started for Joe Rene Tamayo. Deft arrested by state in San Antonio. [ 1:04-m -110 ] (sn) (Entered: 04/19/2004) |
| 04/15/2004 | 2 | Motion by USA as to Joe Rene Tamayo to detain defendant without bond [ 1:04-m -110 ] (sn) (Entered: 04/19/2004) |
| 05/14/2004 | | (Court only) Location Fugitive started for Joe Rene Tamayo [ 1:04-m -110 ] (sn) (Entered: 05/14/2004) |
| 09/20/2004 | | Detainer lodged against defendant Joe Rene Tamayo [ 1:04-m -110 ] (sn) (Entered: 09/20/2004) |
| 09/21/2004 | | Arrest of Joe Rene Tamayo in San Antonio [ 1:04-m -110 ] (sn) (Entered: 09/27/2004) |
| 09/21/2004 | | Case reassigned from Judge Robert Pitman to Judge Andrew W. Austin [ 1:04-m -110 ] (lc) (Entered: |

Case 5:07-cr-00520-OLG Document 1 Filed 09/04/07 Page 5 of 9

| | | |
|---|---|---|
| | | 09/28/2004) |
| 09/22/2004 | 3 | Minutes of proceedings for Initial Appearance conducted on 9/22/04 as to Joe Rene Tamayo by Judge Primomo. Court Reporter: ERO [ 1:04-m -110 ] (sn) (Entered: 09/27/2004) |
| 09/22/2004 | | Defendant(s) first appearance held ; preliminary exam set at 2:00 9/29/04 for Joe Rene Tamayo ; ; Defendant informed of rights. [ 1:04-m -110 ] (sn) (Entered: 09/27/2004) |
| 09/22/2004 | | Motion in open court by USA as to Joe Rene Tamayo to detain defendant without bond [ 1:04-m -110 ] (sn) (Entered: 09/27/2004) |
| 09/22/2004 | 4 | CJA-23 Financial Affidavit filed as to Joe Rene Tamayo [ 1:04-m -110 ] (sn) (Entered: 09/27/2004) |
| 09/24/2004 | 5 | Notice setting detention hearing at 2:00 9/29/04 , and setting preliminary exam at 2:00 9/29/04 for Joe Rene Tamayo [ 1:04-m -110 ] (sn) (Entered: 09/27/2004) |
| 09/27/2004 | 6 | Arrest warrant returned executed for Joe Rene Tamayo on 9/21/04 [ 1:04-m -110 ] (lc) (Entered: 09/29/2004) |
| 09/27/2004 | 7 | Filed CJA Form #20 as to Joe Rene Tamayo appointing Jerry D. Porter [ 1:04-m -110 ] (lc) (Entered: 09/29/2004) |
| 09/29/2004 | 8 | Waiver of preliminary examination by Joe Rene Tamayo : Defendant held to district court. [ 1:04-m -110 ] (sn) (Entered: 09/30/2004) |
| 09/29/2004 | 9 | Response by Joe Rene Tamayo to motion by USA : oral motion to detain defendant without bond [0-0], motion to detain defendant without bond [2-1] [ 1:04-m -110 ] (sn) (Entered: 09/30/2004) |
| 09/29/2004 | 10 | Order of Detention: Bond set to No Bond for Joe Rene Tamayo. Mooted Bond Motions granting oral motion to detain defendant without bond [0-0] as to Joe Rene |

| | | |
|---|---|---|
| | | Tamayo (1), granting motion to detain defendant without bond [2-1] as to Joe Rene Tamayo (1) signed by Judge Andrew W. Austin [ 1:04-m -110 ] (sn) (Entered: 09/30/2004) |
| 10/19/2004 | | Case assigned to Judge Lee Yeakel (mh) (Entered: 10/20/2004) |
| 10/19/2004 | | (Court only) Added for USA attorney Gerald Conley Carruth (mh) (Entered: 10/20/2004) |
| 10/19/2004 | 11 | Indictment filed against Joe Rene Tamayo (1) count 1 (Pages: 2) (mh) (Entered: 10/20/2004) |
| 10/20/2004 | | Court file prepared and forwarded to Judge Yeakel (mh) (Entered: 10/20/2004) |
| 10/20/2004 | 12 | Notice as to Joe Rene Tamayo set arraignment 2:00 10/28/04 for Joe Rene Tamayo (mh) (Entered: 10/20/2004) |
| 10/28/2004 | | Arraignment as to Joe Rene Tamayo held. Defendant sworn and advised of rights; waives reading of charging instrument; and plead not guilty. Attorney Jerry Porter, CJA Panel Attorney present. (mh) (Entered: 10/29/2004) |
| 10/28/2004 | | Plea of not guilty entered as to Joe Rene Tamayo (mh) (Entered: 10/29/2004) |
| 10/28/2004 | 13 | Minutes of proceedings for arraignment conducted on 10/28/04 as to Joe Rene Tamayo by Judge Pitman. Court Reporter: ERO/S. Nelson (mh) (Entered: 12/15/2004) |
| 11/24/2004 | | (Court only) Added Party Victim Coordinator (es) (Entered: 11/24/2004) |
| 11/24/2004 | | (Court only) Added Party Victim Coordinator (es) (Entered: 11/24/2004) |
| 12/13/2004 | 14 | Scheduling order as to Joe Rene Tamayo setting ; Plea agreement to be submitted on or before 5:00 12/22/04 |

| | | |
|---|---|---|
| | | for Joe Rene Tamayo ; Jury trial set for 9:00 12/27/04 for Joe Rene Tamayo , termed motions signed by Judge Lee Yeakel (mh) Modified on 12/15/2004 (Entered: 12/13/2004) |
| 12/15/2004 | 15 | Order as to Joe Rene Tamayo set rearraignment 2:30 12/21/04 for Joe Rene Tamayo signed by Judge Robert (mh) (Entered: 12/15/2004) |
| 12/16/2004 | 16 | Factual basis by USA as to Joe Rene Tamayo (mh) (Entered: 12/17/2004) |
| 12/20/2004 | | (Court only) Renoticed document Re: miscellaneous [16-1] (td) (Entered: 12/20/2004) |
| 12/21/2004 | 17 | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge as to Joe Rene Tamayo (td) (Entered: 12/27/2004) |
| 12/21/2004 | 18 | Order of Referral to U.S. Magistrate Pitman on felony guilty plea as to Joe Rene Tamayo signed by Judge Lee Yeakel (td) (Entered: 12/27/2004) |
| 12/21/2004 | 19 | Waiver of Rule 32 time limits by Joe Rene Tamayo (td) (Entered: 12/27/2004) |
| 12/21/2004 | 20 | Minutes of proceedings for Rearraignment conducted on 12/21/04 as to Joe Rene Tamayo by Judge Pitman. Court Reporter: ERO (td) (Entered: 12/27/2004) |
| 12/21/2004 | | Rearraignment as to Joe Rene Tamayo held; defendant informed of rights. (td) (Entered: 12/27/2004) |
| 12/21/2004 | | (Court only) Excludable - XK started for Joe Rene Tamayo (td) (Entered: 12/27/2004) |
| 12/21/2004 | | Plea of guilty entered by Joe Rene Tamayo (1) count (s) 1 (td) (Entered: 12/27/2004) |
| 12/21/2004 | | Referred to Probation for Pre-Sentence Report as to Joe Rene Tamayo (td) (Entered: 12/27/2004) |
| 12/21/2004 | 21 | Findings of Fact and Recommendation on felony |

Case 5:07-cr-00520-OLG Document 1 Filed 09/04/07 Page 8 of 9

| | | |
|---|---|---|
| | | guilty plea before the United States Magistrate Judge Pitman as to Joe Rene Tamayo Recommendation that the District Court accept the guilty plea. (td) (Entered: 12/27/2004) |
| 12/29/2004 | | Acknowledgment receipt of USA as to Joe Rene Tamayo magistrate report and recommendations (td) (Entered: 12/29/2004) |
| 12/29/2004 | 22 | Order as to Joe Rene Tamayo set sentencing for 9:00 3/23/05 for Joe Rene Tamayo signed by Judge Lee Yeakel (mh) (Entered: 01/05/2005) |
| 12/30/2004 | | Acknowledgment receipt of Joe Rene Tamayo magistrate report and recommendations on 12/28/04. (mc2) Modified on 01/10/2005 (Entered: 01/10/2005) |
| 03/16/2005 | 23 | Order resetting sentencing for 9:00 5/27/05 for Joe Rene Tamayo signed by Judge Lee Yeakel (mc2) (Entered: 03/18/2005) |
| 05/24/2005 | 24 | Sealed Motion by USA as to Joe Rene Tamayo SEALED (dm) (Entered: 05/26/2005) |
| 05/27/2005 | 25 | Sealed document as to Joe Rene Tamayo placed under seal (mc2) (Entered: 05/31/2005) |
| 05/27/2005 | | (Court only) Terminated deadlines as to Joe Rene Tamayo (mc2) (Entered: 05/31/2005) |
| 05/27/2005 | | (Court only) Procedural - P5 started for Joe Rene Tamayo count 1 (mc2) (Entered: 05/31/2005) |
| 05/27/2005 | | (Court only) Excludable - XK stopped for Joe Rene Tamayo (mc2) (Entered: 05/31/2005) |
| 05/27/2005 | | (Court only) Procedural - P6 started for Joe Rene Tamayo count 1 (mc2) (Entered: 05/31/2005) |
| 05/27/2005 | | (Court only) JS3 Closing Card for Joe Rene Tamayo (mc2) (Entered: 05/31/2005) |
| 05/27/2005 | | SEALED PSI PLACED IN VAULT as to Joe Rene |

| | | |
|---|---|---|
| | | Tamayo (mc2) (Entered: 05/31/2005) |
| 05/27/2005 | 26 | SEALED Order granting motion SEALED [24-1] as to Joe Rene Tamayo signed by Judge Lee Yeakel (mc2) (Entered: 05/31/2005) |
| 06/02/2005 | 27 | Sealed document as to Joe Rene Tamayo placed under seal (mh) (Entered: 06/02/2005) |
| 04/26/2006 | | SEALED PSI and Statement of Reasons as to Joe Rene Tamayo returned to Probation Office (mh) (Entered: 04/26/2006) |
| 08/23/2007 | 28 | TRANSFER ORDER as to Joe Rene Tamayo. Signed by Judge Lee Yeakel. (jk, ) (Entered: 08/23/2007) |